THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.*
DANIEL ROMANO, Respondent.

Argued January 24, 1938; decided March 8, 1938.

*William F. X. Geoghan*, District Attorney (*Henry J.
Walsh* of counsel), for appellant.

*John Cardone* for respondent.

Order affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN,
FINCH and RIPPEY, JJ.   Taking no part: HUBBS, J.